FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

JTM
EP: USAO#2018R00784

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY ____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. GLR-18-0611 |
| v. | * (Conspiracy to Commit Bank Fraud, 18 U.S.C. §1349; Aggravated Identity Theft, 18 U.S.C. § 1028A; Aiding and Abetting, 18 U.S.C. § 2) |
| ALFRED MUSA, a/k/a "Gucci," and ▮▮▮▮ | * |
| Defendants | * |

*******

## INDICTMENT

### COUNT ONE
(Bank Fraud Conspiracy)

The Grand Jury for the District of Maryland charges that:

At all times material to the Indictment:

1. Defendant, **ALFRED MUSA**, was in the custody of the Federal Bureau of Prisons and housed in the Federal Correctional Institute at Fort Dix, New Jersey. Defendant, ▮▮▮▮

2. Synchrony Bank is a financial institution as that term is defined in Title 18, Section 20 in that the deposits of Synchrony Bank were insured by the Federal Deposit Insurance Corporation.

3. Lowe's Home Improvement ("Lowe's") is a retail store with locations throughout Maryland and the United States. Lowe's offered a credit card, including instant credit, through in-store applications, telephone applications, on-line applications over the Internet, and mail-in applications. These cards were issued by Synchrony Bank.

## Manner and Means of the Conspiracy and the Scheme and Artifice to Defraud

4. From in or about August 2017, and continuing through on or about March 2018, in the District of Maryland and elsewhere, defendants **ALFRED MUSA**, ███████ and others known and unknown to the Grand Jury, conspired and agreed together to knowingly and willfully execute and attempt to execute a scheme and artifice to defraud financial institutions, and to obtain and attempt to obtain monies, funds and credits of financial institutions, and under the custody and control of financial institutions, through false and fraudulent pretenses, representations and promises, as set forth more specifically below.

5. It was a part of the scheme and artifice to defraud that defendants **ALFRED MUSA**, ███████ and others known and unknown to the Grand Jury, would obtain the personal identity information, such as name, date of birth, and social security number, and credit card account information belonging to other people.

6. It was further a part of the scheme and artifice to defraud that defendants **ALFRED MUSA**, ███████ and others known and unknown to the Grand Jury, would use the personal identity information to open fraudulent instant credit accounts at businesses, such as Lowe's, without the knowledge or consent of the individuals whose identity information was used to apply for the credit accounts.

7. It was further a part of the scheme and artifice to defraud that defendants **ALFRED MUSA**, ███████ and others known and unknown to the Grand Jury, would use the personal identity information to access existing credit accounts at businesses such as Lowes, in order to make and attempt to make purchases on those accounts, all without the knowledge or consent of the individuals whose accounts were accessed or the financial institutions who issued those accounts.

8. It was further a part of the scheme and artifice to defraud that defendants **ALFRED MUSA**, ▓▓▓▓▓▓ and others known and unknown to the Grand Jury, would manufacture and otherwise obtain and use counterfeit identification documents such as state issued drivers' licenses and identification cards, bearing the photograph of the individual conducting credit transactions or obtaining new credit accounts, but the personal identity information of an individual whose identity they were using to obtain extensions of credit or new credit accounts.

9. It was further part of the scheme and artifice to defraud that defendants **ALFRED MUSA**, ▓▓▓▓▓▓ and others known and unknown to the Grand Jury, fraudulently attempted to obtain extensions of credit in excess of $9,900 using the means of identification of other individuals during the course of the scheme.

### The Charge

10. Beginning in or around August 2017, and continuing through on or about March 2018, in the District of Maryland and elsewhere, the defendants,

**ALFRED MUSA,
a/k/a "Gucci," and
▓▓▓▓▓▓**

and others known and unknown to the Grand Jury, conspired and agreed together to knowingly and willfully execute and attempt to execute a scheme and artifice to defraud financial institutions, and to obtain and attempt to obtain monies, funds and credits of financial institutions, and under the custody and control of financial institutions, by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code Section 1344.

18 U.S.C. § 1349

## COUNT TWO
## (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 9 of Count One are hereby incorporated by reference as though fully set forth herein.

2. Beginning in or around October 2017, and continuing through on or about December 2017, in the District of Maryland and elsewhere, the defendants,

**ALFRED MUSA,**
**a/k/a "Gucci," and**

did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, to wit: the defendants transferred, possessed, and used the name and personal identity and financial information of "DA," during and in relation to bank fraud conspiracy in violation of 18 U.S.C. § 1349, as set forth in Count One of the Indictment.

18 U.S.C. §§ 1028A(a)(1) and (c)(5)
18 U.S.C. § 2

_Robert K. Hur /LP_
Robert K. Hur
United States Attorney

A TRUE BILL

Foreperson

Date: _December 12, 2018_

4